# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| | |
|---|---|
| **1. District Court Case No.:** 3:22-cr-00183-IM-1 | **2. Short Case Title:** USA v. Nevis |
| **3. Court of Appeals Case No.:** | **4.** ☑ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| | | |
|---|---|---|
| **5. NAME** (Party Ordering Recording/Transcript) Sarah Noble, Levi Merrithew Horst PC | **6. PHONE NUMBER** 971-273-2766 | **7. DATE** 07/01/2022 |
| **8. MAILING ADDRESS** 610 SW Alder Street, Suite 415 | **9. CITY** Portland | **10. STATE** OR   **11. ZIP** 97205 |

**12. ORDER FOR:** ☐ PLAINTIFF NAME: _____   ☑ DEFENDANT NAME: Alfred Nevis
☐ APPEAL   ☑ CRIMINAL   ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL   ☐ CIVIL   ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note: **PAYMENT:** Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $31 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| First Appearance, Arraignment & Detention Hearing | 05/26/2022 | Immergut |

☑ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| | | |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| **ORDINARY:** To be delivered within 30 days after receipt of an order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **3-DAY TRANSCRIPT:** To be delivered within 3 calendar days after receipt of an order. | $5.45 per page | $1.05 per page | $.75 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **EXPEDITED**: To be delivered within 7 days after receipt of an order. | $4.85 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **DAILY:** Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **14-DAY TRANSCRIPT**: To be delivered within 14 days calendar after receipt of an order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☐ E-mail | ☐ ASCII ☐ PDF ☐ Other |
| **HOURLY**: to be delivered within 2 hours after receipt of the order. | $7.25 per page | $1.20 per page | $.90 per page | ☑ Full Size ☐ Condensed ☐ A-Z word index | ☐ CD ☑ E-mail | ☐ ASCII ☑ PDF ☐ Other |

**15. DISTRIBUTION:** This form should be electronically filed. Notice will automatically be distributed to court reporters and all parties.

Revised 3/30/2018 (eo)